FILED

AUG 1 2 2020

TIMOTHY M. O'BRIEN CLERK
By____CA____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHARlesetta Paulette Edward Deceased
MAURICE E. Robinson                    )
                                        )
_____ )
(Enter above the full name of the Plaintiff(s))
                                        )
vs.                                     ) Case Number: 20-2394-DDC-JPO
                                        )
Johnson + Johnson Corp                  )
Name                                    )
  Legal Department                      )
Street and number                       )
New Brunswick  New Jersey  08933        )
     City          State      Zip Code  )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  MAURICE Robinson
    Address  9315 Fairwood Dr.
             Kansas City MO 64138

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant _Johnson & Johnson Corporations_

         employed at _____

    C.    Additional Defendants _____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.    (If Applicable) Diversity of citizenship and amount:

        1.    Plaintiff is a citizen of the State of _MO_.

        2.    The first-named defendant above is either

            a.    a citizen of the State of _New Jersey_; or

            b.    a corporation incorporated under the laws of the State of _____, and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3.    The second-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of _New Jersey_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

_____ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

28] 1332 Personal Injury

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

My Mother use Johnson & Johnson Talcum Powder For years And She did not NO this Product was Toxic She Suffer with Ovarian And Bladder Before Her Death with Carcinomatosis Canser

3

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

I Would like for the Manner or Corporation Repensible For there Action with this Toxic Product And Reward Plaintiff ONE Million Dollar.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [ ]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [ ]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

This Talcum Powder Was A bad Toxic product that my Mother Use For years And Her Death with Carcinomatosis And Suffren of the Ovarian And Bladder And others I Respectfully As the Court to Have Mercy on this Matter And let my Complaint Move Forward with the CLASS Action After the Death of My Mother.

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [X]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

    Plaintiff did not no about this Class Action until year 2020 with this Toxie Product

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

X Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Maurice Robinson*
Signature of Plaintiff

MAURICE ROBINSON
Name (Print or Type)

5

4315 Fairwood Dr.
Address

Kansas City Mo 64138
City     State    Zip Code

816 5692278
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

Kansas City Kansas    _____
                     Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

_____
Signature of Plaintiff

Dated: 8/12/2020
(Rev. 8/07)